IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>MAJED TALAT HAJBEH,<br>   a/k/a "Abu Khaled"<br><br>        *Defendant.* | Case No. 1:21-CR-83 (TSE) |

NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to the defendant, Majed Talat Hajbeh, and to the Court that, pursuant to Title 50, United States Code, Section 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. § 1821-1829.  This Notice of Intent was also submitted to the Magistrate Court, the defendant, and the defendant's counsel on December 11, 2020.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By:   /s/
Danya E. Atiyeh
James P. Gillis
Seth Schlessinger
Assistant United States Attorneys

                United States Attorney's Office
                Eastern District of Virginia
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Phone:  (703) 299-3700
                Email:  danya.atiyeh@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                                 /s/
                                                 Danya E. Atiyeh
                                                 Va. Bar No. 81821
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 Eastern District of Virginia
                                                 2100 Jamieson Avenue
                                                 Alexandria, VA 22314
                                                 (703) 299-3700 (telephone)
                                                 (703) 299-3982 (fax)
                                                 danya.atiyeh@usdoj.gov