## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | CASE NO.    1:21-CR-83-TSE |
| : | |
| **MAJED TALAT HAJBEH** : | |
| : | |
| **Defendant.** : | |

### MOTION TO SUPPRESS DEFENDANT'S STATEMENTS

COMES NOW the Defendant, Majed Talat Hajbeh, by counsel, and moves the Court to suppress his statements from a June 23, 2020 interrogation, pursuant to the Fifth Amendment of the United States Constitution and Federal Rule of Criminal Procedure 12(b)(3)(C), and for the reasons provided in the enclosed Memorandum in Support of Motion to Suppress Defendant's Statements.

Respectfully Submitted,
Majed Talat Hajbeh
By Counsel

ELSAYED LAW PLLC

BY: ____/s/_____
Muhammad Elsayed
Virginia Bar No. 86151
1934 Old Gallows Road
Suite 350
Vienna, Virginia 22182
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Muhammad Elsayed
Virginia Bar No. 86151
Elsayed Law PLLC
1934 Old Gallows Road
Suite 350
Vienna, Virginia 22182
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com