











I'M A DRUNK, NOT A HACK

HOBBY
LOBBY
Super Savings. Super Selection!

ALDO
NIKE
Telestrations
FAMILY GAME SET

VIRGINIA
WEASLEY
IS OUR
KING

WEASLEY
IS OUR
KING